

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00304-CV

## IN THE MATTER OF THE MARRIAGE OF CYNTHIA IRENE GILLILAND AND HOWARD DAVID GILLILAND, JR.

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 105342D**

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties in an April 19, 2022 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days of the date of the letter.  No response has been filed.  Accordingly, the appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed May 25, 2022
[CV06]

